IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SONDRA HAYES,

    Plaintiff,

v.                                        CV 118-044

THE DILLON LAW FIRM, PC; TRACE
DILLON; and GATESTONE & CO.
INTERNATIONAL, INC.,

    Defendants.

# O R D E R

Before the Court are the following filings: (1) Defendants Trace Dillon's and The Dillon Law Firm, P.C.'s (collectively, "Dillon Defendants") motion to dismiss (Doc. 5); Dillon Defendants' motion to strike (Doc. 6); Plaintiff Sondra Hayes's ("Plaintiff") and Defendant Gatestone & Co. International, Inc.'s stipulation of dismissal with prejudice (Doc. 29); and Plaintiff's and Dillon Defendants' stipulation of dismissal with prejudice (Doc. 30).

The Parties signed their respective stipulations of dismissal. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The two stipulations (Docs. 29, 30) dismiss all claims against all Parties.

**IT IS THEREFORE ORDERED** that this matter shall be **DISMISSED WITH PREJUDICE**, Dillon Defendants' motion to dismiss (Doc. 5) is **DENIED AS MOOT**, and Dillon Defendants' motion to strike (Doc. 6) is **DENIED AS MOOT**. The Clerk is directed to **TERMINATE** all other motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of October, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2